```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------

JUSTYN and ALLISON KROWICKI,

                          Plaintiffs,

          -v-                                          6:16-cv-1186
                                                       (DNH/ATB)


TIMOTHY SAYEMOUR, Commissioner of
DSS/CPS; JACKIE ASNOE, HCDSS Attorney;
COLLETTE FREDRICKS, CPS Worker; and
KATHY LYNDECKER, Case Worker,

                          Defendants.

---------------------------------

APPEARANCES:

JUSTYN KROWICKI
ALLISON KROWICKI
Plaintiffs pro se
111 Park Avenue
Apt. 1
Herkimer, NY 13350


DAVID N. HURD
United States District Judge
```

## DECISION and ORDER

Pro se plaintiffs Justyn and Allison Krowicki, formerly known as Allison Baum, brought this civil rights action pursuant to 42 U.S.C. § 1983. On July 6, 2017, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that plaintiffs' amended complaint be dismissed in its entirety against all defendants. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. <u>See</u> 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiffs' amended complaint is DISMISSED in its entirety; and

2. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 21, 2017
      Utica, New York.